UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 24 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF ARIZONA, ex rel. Terry Goddard, the Attorney General; CIVIL RIGHTS DIVISION OF THE ARIZONA DEPARTMENT OF LAW,<br><br>        Plaintiffs - Appellants<br><br>v.<br><br>HARKINS AMUSEMENT ENTERPRISES, INC.; et al.,<br><br>        Defendants - Appellees<br><br>v.<br><br>FREDERICK LINDSTROM; LARRY WANGER,<br><br>        Plaintiff-intervenors - Appellants | No. 08-16075<br><br>D.C. No. 2:07-cv-00703-ROS<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

       The judgment of this Court, entered April 30, 2010, takes effect this date.

       This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Gabriela Van Allen
Deputy Clerk