TERRY GODDARD
Attorney General
Firm State Bar No. 14000
Rose A. Daly-Rooney, AZ Bar #015690
Cathleen M. Dooley, AZ Bar #022420
Assistant Attorneys General, Civil Rights Division
400 West Congress St., Suite S-215
Tucson, AZ 85701-1367
(520) 628-6780; (520) 628-6765 (fax)

Ann Hobart, AZ Bar #019129
Assistant Attorney General, Civil Rights Division
1275 W. Washington Street
Phoenix, AZ 85007
(602) 542-8860
CivilRights@azag.gov
Attorneys for Plaintiff State of Arizona

J. J. Rico, AZ Bar #021292
Edward L. Myers III, AZ Bar #018856
ARIZONA CENTER FOR DISABILITY LAW
100 N. Stone Avenue, Suite 305
Tucson, AZ 85701
(520) 327-9547
jrico@azdisabilitylaw.org
Attorneys for Plaintiffs-Intervenors

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THE STATE OF ARIZONA, ex rel. TERRY GODDARD, the Attorney General, and THE CIVIL RIGHTS DIVISION OF THE ARIZONA DEPARTMENT OF LAW, <br><br> Plaintiff, <br> & <br><br> FREDERICK LINDSTROM, by and through his parent and legal guardian, RACHEL LINDSTROM, and LARRY WANGER, <br><br> Plaintiffs-Intervenors, <br><br> vs. <br><br> HARKINS ADMINISTRATIVE SERVICES, INC., et al., <br><br> Defendants. | No. CV07-703 PHX-ROS <br><br> NOTICE OF SUPPLEMENTAL AUTHORITY <br><br> (Hon. Roslyn O. Silver) |

Plaintiff, the State of Arizona *ex rel.* Terry Goddard, the Attorney General, and the Civil Rights Division of the Arizona Department of Law, joined by Plaintiff-Intervenors Frederick Lindstrom, by and through his legal guardian, Rachel Lindstrom, and Larry Wanger, brought this action under the Arizonans with Disabilities Act, A.R.S. § 41-1492, *et seq.* ("AzDA"). The AzDA was amended and clarified during the Second Regular Session of the Forty-Ninth Legislature by Senate Bill 1232. The General Effective Date for bills passed during that session, July 29, 2010, is the effective date for this legislation.

A.R.S. § 41-1492.02 has undergone a technical change and has been renumbered, affecting the citations in the State and Plaintiff-Intervenors's complaints under the AzDA auxiliary aids and services provisions. (A copy of the Senate Engrossed Version of Senate Bill 1232 is being delivered to the Court and the parties.) All references to the AzDA in subsequent pleadings and other documents filed after July 29, 2010 will be made consistent with the renumbered provision.

DATED this 18th day of June, 2010.

| | |
|---|---|
| /s/ Rose A. Daly-Rooney | J. J. Rico |
| Rose A. Daly-Rooney | J. J. Rico |
| Cathleen M. Dooley | Edward L. Myers, III |
| Ann Hobart | Arizona Center for Disability Law |
| Assistant Attorneys General | 100 N. Stone Ave., Suite 305 |
| Civil Rights Division | Tucson, AZ  85701 |
| 400 West Congress, Suite S-215 | Attorneys for Plaintiffs-Intervenors |
| Tucson, AZ  85701 | |
| Attorneys for Plaintiff | |

I certify that the content of this document
is acceptable to all persons required to sign the
document and that authorization to electronically
sign this document has been obtained.

/s/Rose A. Daly-Rooney

I certify that I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, mailed a copy of same to any non-registrants on this 18th day of June, 2010,

and

Sent copies *via* EZ Messenger of the authority referenced in the foregoing document to Hon. Roslyn Silver and the law offices of Defendants and Plaintiff-Intervenors' Counsel on the 18th day of June, 2010.

John J. Egbert
JENNINGS, STROUSS & SALMON, PLC
One East Washington St., Suite 1900
Phoenix, AZ  85004-2554
Attorney for Defendants

J.J. Rico
Managing Attorney
Arizona Center for Disability Law
100 North Stone Ave., Suite 305
Tucson, AZ  85701

/s/Rose A. Daly-Rooney